# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Ishayka Wood et al ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-01148-LMB-IDD |
| ) | |
| Omni Financial of Nevada, Inc. ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

## **JUDGMENT**

Pursuant to the Order of this Court entered on May 31, 2023 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant Omni Financial of Nevada, Inc. and against Plaintiffs Ishayka Wood and Delicia Godfrey.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
S. Williams
Deputy Clerk

Dated: 5/31/2023
Alexandria, Virginia