# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

ISHAYKA WOOD, individually,
and DELICIA GODFREY,
individually, and on behalf of all
others similarly situated,

      Plaintiff,

v.   CASE NO.: 1:22-CV-1148-LMB-IDD

OMNI FINANCIAL OF NEVADA, INC.,
D/B/A OMNI FINANCIAL and OMNI
MILITARY LOANS,

      Defendant.

                                         /

## NOTICE OF CROSS-APPEAL

Defendant Omni Financial of Nevada, Inc. d/b/a Omni Financial and Omni Military Loans (collectively, "Omni Financial"), hereby cross-appeals to the United States Court of Appeals for the Fourth Circuit only from that part of the Opinion and final Order (ECF Nos. 63 and 64) denying Omni Financial's motion to dismiss for lack of standing (ECF No. 43). Omni Financial consents to the consolidation of the cross-appeal with appeal No. 23-1662.

Dated: June 30, 2023                                         Respectfully submitted,

                                                                    /s/ S. Mohsin Reza
                                                                    S. Mohsin Reza, Esq. (Va. Bar No. 75347)
                                                                   **GREENBERG TRAURIG, LLP**
                                                                   1750 Tysons Boulevard, Suite 1000
                                                                   McLean, VA 22102
                                                                   Tel: 703.749.1300
                                                                   Fax: 703.749.1301
                                                                   mohsin.reza@gtlaw.com

                                                                   Patrick G. Broderick (admitted *pro hac* vice)
                                                                   **GREENBERG TRAURIG, LLP**
                                                                   777 South Flagler Drive, Suite 300 East

        West Palm Beach, FL 33401
        Telephone: (561) 650-7915
        Fax: (561) 655-6222
        broderickp@gtlaw.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2023, I filed the foregoing via CM/ECF, which will send a notice of electronic filing to all registered users that have entered their appearance in this matter.

/s/ S. Mohsin Reza
S. Mohsin Reza, Esq. (Va. Bar No. 75347)